IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAMERON WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, et al.,<br><br>Defendant. | 8:22CV3071<br><br>ORDER |

Plaintiff's Complaint contains the last, but not first, names of several Defendants. (Filing No. 1.) However, the first and last names of those Defendants were included on the summonses. To correct the deficiency in the Complaint due to the omission of first names, Plaintiff shall file an amended complaint naming all Defendants by both their first and last names by August 12, 2022.

Dated this 3rd day of August, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge