IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAMERON WILLIAMS, | |
| Plaintiff, | **4:22CV3071** |
| vs. | |
| SCOTT FRAKES, BRAD HANSEN, CHRISTOPHER CONNELLY, SCOTT BUSSBOOM, MATILDA SERNA, ATHENA SHERMAN, SUSAN TALENT, NICHOLAS NEUJARTH, JUSTIN HOUSEMAN, MICHELLE CAPPS, TODD HAUSSLER, CHELSEA DE LA CRUZ, and DIANE SABATKA-RINE, | **MEDIATION REFERENCE ORDER** |
| Defendants. | |

On the Court's own motion, IT IS ORDERED:

1. The parties are ordered to participate in alternative dispute resolution. Unless the parties notify chambers on or before July 6, 2026, that they have elected to proceed with private mediation, this matter is referred to a settlement conference before the Hon. Magistrate Judge Ryan Carson. If the parties elect private mediation, they shall notify chambers of the mediator and scheduled date of mediation no later than July 13, 2026.

2. Once a date for the settlement conference is scheduled, Magistrate Judge Carson will issue further instructions regarding attendance, pre-settlement submissions, and related requirements.

3. The parties and counsel are reminded that the Court may impose sanctions, including dismissal of a claim or defense, monetary sanctions, or such other sanctions as may be authorized by Fed. R. Civ. P. 16(f), should the parties, their

1

counsel, or those required to attend fail to comply with this order in objective good faith.

4. Any objection to this order shall be filed within seven days.

5. If the parties proceed with private mediation, the following will apply:

   a. The cost shall be borne by the mediating parties at the rate established by the mediator.  Unless otherwise agreed, Plaintiff shall pay one-half of the mediation fee, and the Defendants shall pay one half of the mediation fee. If a party is unable to pay the costs of mediation, any application to incur such expenses with reimbursement from the Federal Practice Fund must be filed before the mediation session.

   b. The parties shall file a report on the status of the proceedings and whether the case has been resolved.  Information about the substance of any settlement agreement shall not be provided without the parties' consent.

Dated this 26th day of June 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge